**No. 10-10586. Larry Butler, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 841, 132 S. Ct. 152, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 6105, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10604. Jin Rie, Petitioner v. Superior Court of California, San Bernardino County, et al.**

565 U.S. 841, 132 S. Ct. 153, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 5937.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-10605. Bruce Williams, Petitioner v. Teodoro Romana, et al.**

565 U.S. 841, 132 S. Ct. 153, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 6013.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 411 Fed. Appx. 900.

**No. 10-10606. John L. Zolkoske, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.**

565 U.S. 841, 132 S. Ct. 153, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 6151.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10611. Anthony Charles Mohrmann, Petitioner v. California.**

565 U.S. 841, 132 S. Ct. 153, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 5985.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-10616. Nathan J. Ruell, Petitioner v. Massachusetts.**

565 U.S. 841, 132 S. Ct. 153, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 6269.

October 3, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 459 Mass. 126, 943 N.E.2d 447.

**No. 10-10620. Ledwin Castro, Petitioner v. United States.**

565 U.S. 841, 132 S. Ct. 153, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 6490.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 411 Fed. Appx. 415.